**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**ANNEMARIE SGARLATA, OSB #065061**
annemarie.sgarlata@usdoj.gov
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:     503-727-1000
Facsimile:     503-727-1117

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:13-CR-00532-MO |
| v. | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| SHANE JACK;<br>LANDON BRITT;<br>GEORGIA JACK;<br>BRANDON LYONS;<br>RONALD STOLTENBERG;<br>JAMES LONGORIA, JR.;<br>MATTHEW BOWEN;<br>CHRISTOPHER BOWDEN;<br>DOUG ERICKSON;<br>REBECCA ERICKSON;<br>TRAVIS MONTEITH;<br>GERMAN MARTIN MCCUBBIN;<br>BRADLEY HOLLIBAUGH;<br>ALI SHAGHAGHI;<br>BENJAMIN LUCK;<br>KEITH KOFOED;<br><br>                    Defendants. | |

The United States of America, by and through S. Amanda Marshall, United States Attorney for the District of Oregon, and AnneMarie Sgarlata, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegations of the Indictment, the United States is seeking forfeiture of the following property:

Upon conviction of Count **1** of this Indictment, **SHANE JACK, LANDON BRITT, GEORGIA JACK, BRANDON LYONS, RONALD STOLTENBERG, JAMES LONGORIA, JR., MATTHEW BOWEN, CHRISTOPHER BOWDEN, DOUG ERICKSON, REBECCA ERICKSON, TRAVIS MONTEITH, GERMAN MARTIN MCCUBBIN, BRADLEY HOLLIBAUGH, ALI SHAGHAGHI, BENJAMIN LUCK** and **KEITH KOFOED** shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation, including but not limited to:

a) That sum of money representing the amount of proceeds obtained as a result of the drug conspiracy, in the form of a money judgment.

b) All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 168 and 180 Warren Road, Selma, Josephine County, Oregon, more particularly described as:

Real property in the County of Josephine, State of Oregon, described as follows:

PARCEL I:

BEGINNING AT THE SOUTHEAST CORNER OF THE NORTHEAST QUARTER OF THE NORTHWEST QUARTER OF SECTION 15, TOWNSHIP 38 SOUTH, RANGE 8 WEST OF THE WILLAMETTE MERIDIAN, JOSEPHINE COUNTY, OREGON; THENCE WEST, ALONG THE SOUTH LINE THEREOF, 356 FEET; THENCE NORTH, PARALLEL TO THE EAST LINE OF SAID NORTHEAST QUARTER OF THE NORTHWEST QUARTER 342. FEET; THENCE EAST, PARALLEL TO THE SOUTH LINE OF SAID NORTHEAST QUARTER OF THE NORTHWEST QUARTER 356 FEET TO THE EAST LINE THEREOF; THENCE EAST, PARALLEL TO THE SOUTH LINE OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION, 735 FEET; THEN SOUTH 35° EAST 430 FEET, MORE OR LESS, TO A POINT THAT IS 15 FEET SOUTH OF THE NORTH LINE OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER

OF SAID SECTION; THENCE WEST, PARALLEL TO SAID NORTH LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, 980 FEET, MORE OR LESS, TO THE WEST LINE THEREOF; THENCE NORTH, ALONG SAID LINE, 15 FEET TO THE POINT OF BEGINNING.

ALSO A 25 FOOT STRIP OF LAND THAT LIES WESTERLY OF AND 25 FEET DISTANT FROM THE FOLLOWING DESCRIBED LINE, TO-WIT: COMMENCING AT THE SOUTHWEST CORNER OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 15; THENCE NORTH, ALONG THE WEST LINE THEREOF, 342 FEET; THENCE EAST, PARALLEL TO THE SOUTH LINE OF SAID NORTHWEST QUARTER OF THE NORTHEAST QUARTER, 735 FEET; THENCE SOUTH 35° EAST 430 FEET, MORE OR LESS, TO A POINT THAT IS 15 FEET SOUTH OF THE NORTH LINE OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 15 FOR THE TRUE POINT OF BEGINNING OF SAID LINE; THENCE SOUTHEASTERLY, IN A STRAIGHT LINE, 700 FEET, MORE OR LESS, TO A POINT ON THE CENTER LINE OF WARREN ROAD, SAID POINT BEING 105 FEET SOUTHWESTERLY OF THE EAST LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, WHEN MEASURED ALONG SAID CENTER LINE, FOR THE TERMINUS OF SAID LINE. THE WESTERLY LINE OF SAID 25 FOOT STRIP TO BE LENGTHENED OR SHORTENED TO INTERSECT THE NORTHWESTERLY LINE OF WARREN ROAD AND AT A POINT 15 FEET SOUTH OF THE NORTH LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, LESS AND EXCEPT ANY PORTION LYING WITHIN WARREN ROAD.

PARCEL II:

COMMENCING AT THE SOUTHWEST CORNER OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SECTION 15, TOWNSHIP 38 SOUTH, RANGE 8 WEST OF THE WILLAMETTE MERIDIAN, JOSEPHINE COUNTY, OREGON; THENCE EAST, ALONG THE SOUTH LINE THEREOF, 638.0 FEET, MORE OR LESS, TO THE CENTER LINE OF WARREN ROAD; THENCE NORTHEASTERLY, ALONG SAID CENTERLINE 780 FEET TO THE TRUE POINT OF BEGINNING; THENCE NORTHWESTERLY IN A STRAIGHT LINE 1332.0 FEET, MORE OR LESS, TO A POINT ON THE WEST LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, SAID POINT BEING 1225.0 FEET NORTH OF THE SOUTHWEST CORNER OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER; THENCE NORTH, ALONG SAID WEST LINE, 99.26 FEET TO A POINT THAT IS 15 FEET SOUTH OF THE NORTHWEST CORNER OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER; THENCE EAST, PARALLEL TO THE NORTH LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, 980 FEET; MORE OR LESS, TO A POINT (SAID POINT BEING DESCRIBED AS FOLLOWS: COMMENCING AT THE SOUTHWEST CORNER OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION; THENCE NORTH, ALONG THE WEST LINE THEREOF, 342 FEET; THENCE EAST, PARALLEL TO THE SOUTH LINE OF SAID NORTHWEST QUARTER OF THE NORTHEAST QUARTER, 735 FEET; THENCE SOUTH 35° EAST, 430 FEET, MORE OR LESS, TO A POINT THAT IS 15 FEET SOUTH OF THE NORTH LINE OF THE SOUTHWEST QUARTER OF

THE NORTHEAST QUARTER OF SAID SECTION); THENCE SOUTHEASTERLY IN A STRAIGHT LINE, 700 FEET, MORE OR LESS, TO A POINT ON THE CENTERLINE OF WARREN ROAD, SAID POINT BEING 105 FEET SOUTHWESTERLY OF THE EAST LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, WHEN MEASURED ALONG SAID CENTERLINE; THENCE SOUTHWESTERLY, ALONG SAID CENTERLINE 140.0 FEET, MORE OR LESS, TO THE TRUE POINT OF BEGINNING. EXCEPTING THEREFROM: THAT PORTION LYING WITHIN WARREN ROAD. ALSO EXCEPTING THEREFROM: THAT PORTION OF A 25 FOOT STRIP OF LAND THAT LIES WESTERLY OF AND 25 FEET DISTANT FROM THE FOLLOWING DESCRIBED LINE, TO-WIT: COMMENCING AT THE SOUTHWEST CORNER OF THE NORTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 15; THENCE NORTH, ALONG THE WEST LINE THEREOF, 342 FEET; THENCE EAST, PARALLEL TO THE SOUTH LINE OF SAID NORTHWEST QUARTER OF THE NORTHEAST QUARTER, 735 FEET; THENCE SOUTH 35° EAST 430 FEET, MORE OR LESS, TO A POINT THAT IS 15 FEET SOUTH OF THE NORTH LINE OF THE SOUTHWEST QUARTER OF THE NORTHEAST QUARTER OF SAID SECTION 15 FOR THE TRUE POINT OF BEGINNING OF SAID LINE; THENCE SOUTHEASTERLY IN A STRAIGHT LINE 700 FEET, MORE OR LESS, TO A POINT ON THE CENTERLINE OF WARREN ROAD, SAID POINT BEING 105 FEET SOUTHWESTERLY OF THE EAST LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER, WHEN MEASURED ALONG SAID CENTERLINE, FOR THE TERMINUS OF SAID LINE, THE WESTERLY LINE OF SAID 25 FOOT STRIP TO BE LENGTHENED OR SHORTENED TO INTERSECT THE NORTHWESTERLY LINE OF WARREN ROAD AND AT A POINT 15 FEET SOUTH OF THE NORTH LINE OF SAID SOUTHWEST QUARTER OF THE NORTHEAST QUARTER.

NOTE: This legal description was created prior to January 01, 2008.

c)      All that lot or parcel of land, together with its buildings, appurtenances,

improvements, fixtures, attachments and easements, located at 8116 SE Duke Street,

Portland, Oregon, 97206, more particularly described as:

Real property in the County of Multnomah, State of Oregon, described as follows:

DIANA PK; E 46.83' OF LOT 1 BLOCK 1 MAP 3738
DIANA PK; EXC W 46' LOT 2 BLOCK 1 MAP 3738

EAST OF 46.83 FEET OF LOT 1 AND ALL OF LOT 2 OF THE BLOCK 1 DIANA PARK IN THE CITY OF PORTLAND, COUNTY OF MULTNOMAH, STATE OF OREGON.

2. Upon conviction of one or more of the offenses alleged in Count 2 of this

Indictment, defendants **SHANE JACK and LANDON BRITT** shall forfeit to the United States

pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in

or used in the commission of the offense.

    3. The allegations of Count 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to Title 18, United States Code, Section 982.

    Upon conviction of Count 3 of this Indictment, defendants **LANDON BRITT, BRANDON LYONS, SHANE JACK and GEORGIA JACK,** shall forfeit to the United States pursuant to 18 U.S.C. § 982(a)(l), all property, real and personal, involved in the money laundering conspiracy and all property traceable to such property, including but not limited to the following:

    That sum of money representing the amount of property involved in the offense, in the form of a money judgment.

////

////

////

////

////

////

////

////

////

////

////

////

////

////

**Bill of Particulars for Forfeiture of Property**        **Page 5**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without

difficulty, it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1) and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 982.

DATED this 14th day of November, 2013.

S. AMANDA MARSHALL
United States Attorney

*AnneMarie Sgarlata*
**ANNEMARIE SGARLATA**
Assistant United States Attorney