AO 442 (Rev. 01/09) Arrest Warrant

FILED 14 NOV '13 15:35 USDC-ORP

# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| United States of America | ) |
| v. | ) |
| REBECCA ERICKSON, | ) Case No. 3:13-cr-00532-MO-10 |
| Defendant | ) |

ORIGINAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Rebecca Erickson,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy

Date: 11/07/2013

s/S. Sellers
*Issuing officer's signature*

City and state: Portland, Oregon

S. Sellers, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*