UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:13-CR-00532-MO |
| v. | PROTECTIVE ORDER |

SHANE JACK;
LANDON BRITT;
GEORGIA JACK;
BRANDON LYONS;
RONALD STOLTENBERG;
JAMES LONGORIA, JR.;
MATTHEW BOWEN;
CHRISTOPHER BOWDEN;
DOUG ERICKSON;
REBECCA ERICKSON;
TRAVIS MONTEITH;
GERMAN MARTIN MCCUBBIN;
BRADLEY HOLLIBAUGH;
ALI SHAGHAGHI;
BENJAMIN LUCK;
KEITH KOFOED;

            **Defendants.**

Upon motion of the United States, the Court being advised as to the nature of this case, and there being no objection by the parties, it is hereby:

ORDERED that pursuant to Rule 16(d)(1) of the Federal Rules of Criminal Procedure, counsel of record, their investigators, assistants, and employees may review with defendants all discovery material produced by the government, but shall not provide defendants with copies of, or unsupervised access to, any discovery material produced by the government which contains:

a) personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, professional license number, or family members' names ("Personal Information");

b) financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, contact information, or taxpayer identification numbers ("Financial Information");

c) information regarding the government's confidential sources or sources of information, including criminal histories, arrest records and summaries of information provided to the government ("Confidential Source Information");

d) the contents of any sealed documents, to include wiretap applications and their contents (affidavits, orders) and other court-ordered authorizations (e.g., pen registers, GPS orders, tracking orders) ("Sealed Information"), unless the Personal Information, Financial Information, Confidential Source Information, and Sealed Information mentioned in each of these subparagraphs, has first been redacted from the discovery materials.

IT IS FURTHER ORDERED that neither defense counsel nor defendants shall provide any discovery material produced by the government to any person not a party to this case, or make any public disclosure of the same, without the government's express written permission, except that defense counsel may provide discovery material to those persons

/ / / /

/ / / /

/ / / /

employed, retained, or otherwise consulted by defense counsel who are necessary to assist counsel of record in preparation for trial or other proceedings.

DATED this  6th  day of December, 2013.

                                               /s/Michael W. Mosman
                                               MICHAEL W. MOSMAN
                                               United States District Judge

Presented by:

S. AMANDA MARSHALL
United States Attorney
District of Oregon

*s/Thomas H. Edmonds*
THOMAS H. EDMONDS, OSB #90255
GEOFFREY A. BARROW
Assistant United States Attorneys
(503) 727-1000